**Case No. 23-2744**

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

In re T-Mobile Customer Data Security Breach Litigation

Veera Daruwalla, et al.

*Plaintiffs - Appellees,*

v.

T-Mobile US, Inc. and T-Mobile USA, Inc.,

*Defendant - Appellee*

v.

Cassie Hampe; et al.,

*Objector - Appellant*

## APPELLANT CASSIE HAMPE'S BILL OF COSTS

Robert W. Clore
BANDAS LAW FIRM, P.C.
802 N. Carancahua Street, Suite 1400
Corpus Christi, Texas 78401
Tel: (361) 698-5200
Fax: (361) 698-5222
rclore@bandaslawfirm.com

Anthony LaCroix
LACROIX LAW FIRM, LLC
1600 Genessee, Suite 956
Kansas City, Missouri 64102
Tel: (816) 399-4380
Fax: (816) 399-4380
tony@lacroixlawkc.com

*Attorneys for Appellant Cassie Hampe*

Appellant Cassie Hampe, by and through her undersigned counsel, files this, her bill of costs pursuant to Federal Rule of Appellate Procedure 39 and Eighth Circuit Local Rule 39-A.

Below are the costs that were reasonably and necessarily incurred in this appeal:

| | No. of Original Pages | Total Documents Reproduced | Total No. of Copies | Reproduction Costs Allowable Per Page | Costs Requested |
|---|---|---|---|---|---|
| Appellate Docketing Fee | - | - | - | - | $500 |
| Appellant's Brief | 67 | 15 (10 copies for the Court; 5 copies for various lead counsel) | 1,005 | $.15 | $150.75 |
| Addendum | 490 | 15 (10 copies for the Court; 5 copies for various lead counsel) | 7,350 | $.15 | $1,102.50 |
| Appendix | 1,774 | 8 (3 copies for the Court; 5 copies for various lead counsel) | 14,192 | $.15 | $2,128.80 |
| Reply Brief | 43 | 15 (10 copies | 645 | $.15 | $96.75 |

| | | for the Court; 5 copies for various lead counsel) | | | |
|---|---|---|---|---|---|
| Total | | | | | $3,978.80 |

In accordance with L.R. 39A(c), Hampe attaches as exhibits invoices for the reproduction costs of the briefs, appendix, and addendum. Hampe respectfully requests said costs of $3,978.80 be taxed and included in the mandate from the judgment of this Court's July 29, 2024, decision reversing the award of attorneys' fees, reversing the striking of Hampe's objection, and reversing the revocation of her counsels' pro hac vice admission.

## VERIFICATION

I, Robert Clore, appellate counsel for Appellant Cassie Hampe, hereby swear or affirm that the costs claimed above were reasonably and necessarily incurred in this appeal.

Executed this 8th day of August, 2024, at Corpus Christi, Texas.

*/s/ Robert W. Clore*

Respectfully submitted,

By:     */s/ Robert Clore*
        Robert Clore
        BANDAS LAW FIRM, P.C.
        802 N. Carancahua St., Suite 1400
        Corpus Christi, Texas 78401
        Tel: (361) 698-5200
        Fax: (361) 698-5222
        rclore@bandaslawfirm.com

        Anthony E. LaCroix
        LaCroix Law Firm, LLC
        1600 Genessee, Suite 956
        Kansas City, Missouri 64102
        Tel: (816) 399-4380
        Fax: (816) 399-4380
        tony@lacroixlawkc.com

        *Attorneys for Appellant Cassie Hampe*

## Certificate of Service

I hereby certify that on this the 8th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Robert Clore*
Robert Clore



**Appellate Innovations, LLC**
**1 Barker Avenue · Suite 305**
**White Plains, NY 10601**

# INVOICE

| Bill To: | Date | Invoice # |
|---|---|---|
| Bandas Law Firm, P.C.<br>802 N. Carancahua Street, Suite 1400<br>Corpus Christi, TX 78401<br>Attn:  Robert Clore, Esq. | 9/29/2023 | 19490 |
| | **Rep** | **Terms** |
| | JM1 | Net 30 |

| **Caption** |
|---|
| Veera Daruwalla, et al v. Cassie Hampe |

| **Client/Matter #** | **Job #** |
|---|---|
| | 19852 |

| Quantity | Description of Services Rendered | Rate | Amount |
|---|---|---|---|
| 1,780 | Appendix | 3.65169 | 6,500.00T |
| 3 | Multiple Volume/Multi-SidedTypeset Appendix Cover | 0.00 | 0.00T |
| 5 | Typeset Appendix Index Pages | 0.00 | 0.00T |
| 1,780 | Appendix Advance | 0.00 | 0.00T |
| 1 | Addendum | 0.00 | 0.00T |
| 1 | Single Volume/Multi-SidedTypeset Addendum Cover | 0.00 | 0.00T |
| 1 | Typeset Addendum Index Pages | 0.00 | 0.00T |
| 487 | Addendum Advance | 0.00 | 0.00T |
| 1 | Appellant's Brief/ - Paralegal Review and Typeset Cover | 0.00 | 0.00T |
| 3 | Multi-Sided Brief Cover | 0.00 | 0.00T |
| 1,770 | Pacer Fees per Downloaded Page | 0.00 | 0.00 |
| 2 | Paralegal Time Senior | 0.00 | 0.00T |
| 5 | Oversized Service by Mail Multiple Volumes | 0.00 | 0.00T |
| 5 | Electronic Service of PDF Documents in Conformance with Court Protocol and Companion Copies - 2 Documents 8CC | 0.00 | 0.00T |
| 1 | Filing (paralegal time to prepare filing for Federal Express) 2+ Documents | 0.00 | 0.00T |

| **Telephone #** | | **Sales Tax (0.0%)** |
|---|---|---|
| 914 948-2240 | | **Total** |
| Thank you for your business. | | **Payments/Credits** |
| **Payment Due Date** | 10/29/2023 | **Balance Due** |



**Appellate Innovations, LLC**
**1 Barker Avenue - Suite 305**
**White Plains, NY 10601**

# INVOICE

Tax I.D. # 200329529

| Bill To: | | Date | Invoice # |
|---|---|---|---|
| Bandas Law Firm, P.C.<br>802 N. Carancahua Street, Suite 1400<br>Corpus Christi, TX 78401<br>Attn:  Robert Clore, Esq. | | 9/29/2023 | 19490 |
| | | **Rep** | **Terms** |
| | | JM1 | Net 30 |

| **Caption** |
|---|
| Veera Daruwalla, et al v. Cassie Hampe |

| **Client/Matter #** | **Job #** |
|---|---|
| | 19852 |

| Quantity | Description of Services Rendered | Rate | Amount |
|---|---|---|---|
| 1 | Digital Conversion/Electronic Filing of PDF Documents in Conformance with Court Protocol - 2 Documents 8CC | 0.00 | 0.00T |
| | Federal Express | 0.00 | 0.00 |
| | Postage | 0.00 | 0.00 |

| **Telephone #** | | **Sales Tax (0.0%)** | $0.00 |
|---|---|---|---|
| 914 948-2240 | | **Total** | $6,500.00 |
| Thank you for your business. | | **Payments/Credits** | $0.00 |
| **Payment Due Date** | 10/29/2023 | **Balance Due** | $6,500.00 |

**WWW.APPELLATEINNOVATIONS.COM**

# Invoice

**Counsel Press Inc.**

PO Box 65019
Baltimore, Maryland 21264-5019

Phone: (800) 427-7325

Invoice Number: 0009158541

Date: 02/15/2024

Fed. Tax ID: 47-3380949

Terms: ON RECEIPT

## Sold To

Bandas Law Firm, P.C.
500 North Shoreline
Suite 1020
Corpus Christi, TX 78401   USA

Attention: Robert W. Clore, Esq.

File No.: 623846
Court: USCOA - 8TH
Case Name: Veera Daruwalla v. Cassie Hampe

| | | | | Amount |
|---|---|---|---|---|
| | REPLY BRIEF | | | |
| 1.00 | Preparation of Brief | @ | $494.00 | $494.00 |
| 44.00 | Page(s) | @ | $0.00 | |
| 5.00 | Service(s) of Documents | @ | $27.00 | $135.00 |
| 1.00 | Filing of Documents | @ | $90.00 | $90.00 |
| 1.00 | Shipping & Handling | @ | $194.47 | $194.47 |

As a courtesy to client, a 20% discount has been granted on the reply brief.

**19-GC**
02/23/2024 16:55 PM

This Invoice is Due Upon Receipt. Please Show Invoice Number on Check When Submitting Payment.

| | |
|---|---|
| Subtotal | $913.47 |
| Sales Tax | $0.00 |
| | $143.80 |
| Payment/Credit | $0.00 |
| Balance | $769.67 |

Page 1 of 1